# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EDGAR GUZMAN PEREZ, | Case No. 5:26-cv-03156-DOC-DFM |
| Petitioner, | Order Accepting Report and Recommendation of United States Magistrate Judge |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent. | |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation (Dkt. 14) is accepted.

2. The Petition for Writ of Habeas Corpus is GRANTED.

3. Respondent is ordered to immediately release Petitioner Edgar Guzman Perez (A# 245-756-401) from custody on the same conditions under which he was previously released.

4.      Respondent is ordered to file a Notice of Release within five (5) days confirming that Petitioner has been released.

Date: June 30, 2026

_____

DAVID O. CARTER
United States District Judge