JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EDGAR GUZMAN PEREZ,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent. | Case No. 5:26-cv-03156-DOC-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.      The Petition for Writ of Habeas Corpus is GRANTED.

2.      Respondent is ordered to immediately release Petitioner Edgar Guzman Perez (A# 245-756-401) from custody on the same conditions under which he was previously released.

3.      Respondent is ordered to file a Notice of Release within five (5) days confirming that Petitioner has been released.

Date: June 30, 2026

_David O. Carter_
_____
DAVID O. CARTER
United States District Judge